# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Shenzhen Huajie Technology Co., Ltd

                                         Plaintiff,

v.                                                        Case No.: 1:22–cv–05630

                                                                        Honorable Steven C. Seeger

John Doe, et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 15, 2023:

        MINUTE entry before the Honorable Steven C. Seeger: Plaintiff's motion for preliminary injunction (Dckt. No. [20]) is hereby granted in part. Preliminary Injunction Order to follow. The responses to the complaint are long since overdue. The Court hereby enters default against all remaining Defendants under Rule 55(a). A motion for default judgment is due by August 21, 2023. A response is due by August 28, 2023. Defendants must file a motion if they seek a hearing. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.